| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sunita N. Sood, SBN: 152066<br>Seema N. Sood, SBN: 313467<br>LAW OFFICES OF SOOD & SOOD APLC<br>2107 North Broadway, Suite 306<br>Santa Ana, CA 92706-2634<br>Tel: (714) 480-1600<br>Fax: (714) 480-1610<br>Email: sunitansood@hotmail.com | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **Debtor** | |

**UNITED STATES BANKRUPTCY COURT**
Central District of California - LOS ANGELES DIVISION

| In re<br><br>**Eldon G Davidson**<br><br><br>Debtor(s). | CASE NO.: **2:20-bk-14673-SK**<br>CHAPTER **13**<br><br>**DEBTOR'S MOTION FOR AUTHORITY<br>TO SELL REAL PROPERTY<br>UNDER LBR 3015-1(p)**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this Court for an order authorizing the debtor to sell the real property, described below, pursuant to the terms and conditions described herein.

1. Debtor's Chapter 13 Plan (Plan) was confirmed on: **07/23/2020**.

2. Debtor wishes to sell the real property (Property) located at:
   **15916, 15918, 15922, 15924 Orchard Ave**
   **Bellflower, CA 90706**

   The Property is more particularly described in Exhibit "A" attached hereto.

   ☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this Motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          F
**3015-1.16.MOTION.SELL.RP**

3. The sale price of the Property is $1,665,000.00. The following are all of the encumbrances of record against the Property:
   a. **Selene Finance LP**
   b. **Phillip Hawkins**
   c. _____
   d. _____
   e. _____
   *(Add additional page if necessary)*

4. After payment of the foregoing encumbrances and all costs of sale:
   - [✓] there will remain the approximate sum of $ **882,311.47**; OR
   - [ ] no proceeds will remain.

5. [✓] (a) The chapter 13 trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:
   - [✓] 100% dividend to unsecured creditors; OR
   - [ ] _____% dividend as indicated in the confirmed plan.

   After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.
   **OR**
   - [ ] (b) The chapter 13 trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The sale is for the fair market value of the Property.

6. The escrow is being processed by:
   | | |
   |---|---|
   | Escrow company name: | Focus Escrow |
   | Address: | 13602 E Whittier Blvd |
   | | Whittier CA 90605 |
   | Telephone: | 562-696-0793 |
   | Facsimile: | 562-698-9590 |
   | Escrow officer: | Tracy Amescua |
   | Escrow number: | 4551-TA-M |

7. Supporting documents attached to this Motion are:
   a. Exhibit A – Legal description with street address
   b. Exhibit B – Escrow Instructions and Documents
   c. Exhibit C – Estimated Closing Statement
   d. Exhibit D – Schedules I and J of the bankruptcy petition

9. Debtor agrees to provide to chapter 13 trustee a certified copy of the escrow closing statement within 14 days of the close of escrow as a condition to any approval of this motion.

Date: 02/15/2022

/s/ Sunita N Sood
**Attorney for Debtor(s) - Sunita N Sood**

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2-15-22

**Debtor - Eldon G Davidson**

Date: _____

Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    F 3015-1.16.MOTION.SELL.RP

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2107 North Broadway, Suite 306, Santa Ana, CA 92706-2634

A true and correct copy of the foregoing document entitled (*specify*): __**DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __02/16/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen Borgmann Karen.borgmann@jcap.com
Joseph C Delmotte ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Kathy A Dockery (TR) EFiling@LATrustee.com
Eric P Enciso eenciso@rasflaw.com
Sean C Ferry sferry@raslg.com, sferry@ecf.courtdrive.com
Nichole Glowin bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
Christina J Khil christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
Erin M McCartney bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
JaVonne M Phillips bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
Rhonda Pratt Rhonda.pratt@jcap.com
Melody A Snow melody.snow@bofa.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Jennifer C Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __02/16/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Eldon G Davidson, 20563 Vendale Dr., Lakewood, CA 90715-1139

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 16, 2022 | Seema N. Sood | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                       F 3015-1.16.MOTION.SELL.RP

```
                        (p)JEFFERSON CAPITAL SYSTEMS LLC        U.S. Bank Trust National Association, as Tru
                        PO BOX 7999                             ZBS Law, LLP
                        SAINT CLOUD MN 56302-7999               30 Corporate Park, Suite 450
                                                                Irvine, CA 92606-3401


U.S.Bank Trust National Association, not in    Wells Fargo Bank, National Association, as T
350 10TH AVENUE, SUITE 1000                     c/o McCarthy & Holthus, LLP
SAN DIEGO, CA 92101-8705                        411 Ivy Street
                                                San Diego, CA 92101-2108



AES                                             American Education Services                Bank of America, N.A.
c/o ECMC                                        PO Box 61047                                PO BOX 31785
PO BOX 16408                                    Harrisburg, PA 17106-1047                   Tampa, FL 33631-3785
St Paul, MN 55116-0408



Cogburn                                         FRANCHISE TAX BOARD                         Franchise Tax Board
17000 Clark Ave                                 BANKRUPTCY SECTION MS A340                  Personal BK Section MS A340
Bellflower, CA 90706-5722                       PO BOX 2952                                 PO Box 2952
                                                SACRAMENTO CA 95812-2952                    Sacramento, CA 95812-2952



Internal Revenue Services                       Mr. Cooper                                  Rushmore Land Management Services
Central Solvency Operations                     8950Cypress Waters Blvd                     PO Box 814529
PO Box 7346                                     Coppell, TX 75019-4620                      Dallas, TX 75381-4529
Philadelphia, PA 19101-7346



Select Portfolio Servicing, Inc.                U.S. Bank Trust National                    U.S. Bank Trust National Association
Bankruptcy Department                           c/o Rushmore Loan Management Services       Selene Finance, LP
PO Box 65250                                    P.O. Box 55004                              9990 Richmond Ave. Suite 400 South
Salt Lake City, UT 84165-0250                   Irvine, CA 92619-5004                       Attn: BK Dept
                                                                                            Houston TX 77042-4546


U.S. Bank Trust National Association            U.S. Bank Trust National Association        Phillip Hawkins
c/o Rushmore Loan Management Services           c/o Select Portfolio Servicing, Inc.        13417 Banfield Dr.
P.O. Box 55004                                  P.O. Box 65250                              Cerritos, CA 90703
Irvine, CA 92619-5004                           Salt Lake City, UT 84165-0250



Wells Fargo Bank, National Association
Nationstar Mortgage LLC d/b/a Mr. Cooper
Bankruptcy Dept.
PO Box 619096
Dallas TX 75261-9096
```