**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>Eldon G. Davidson<br><br><br><br>DEBTOR(S). | Case No: 2:20-bk-14673-SK<br><br>CHAPTER 13<br><br><br>**TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT** |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S), ATTORNEY OF RECORD, IF ANY, US BANK, NA, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE under Fed. R. Bankr. P. 3002.1(f) that the Debtor(s) have completed all payments under their confirmed chapter 13 plan and have paid the amounts necessary to cure the default on the mortgage held by US BANK, NA and represented by Court Claim Register **#7**.

**Within 21 days after service of this notice**, US BANK, NA must file a response and serve answer upon the Trustee, Debtor, and Debtor's counsel, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), a statement indicating whether it agrees that:

1. The debtor has paid in full the amount required to cure the default on the claim; and

2. The debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

If US BANK, NA contends that any cure or postpetition amounts remain unpaid as of the date of that statement, such amounts must be itemized in that statement.

**Failure to timely respond to this Notice may result in sanctions for noncompliance pursuant to the Federal Rules of Bankruptcy Procedure.**

Executed at Los Angeles, California on .April 19, 2022

_____
Kathy A. Dockery, Chapter 13 Trustee